IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | MAGISTRATE NUMBER 21-1252-M |
| HENRY KOJO GYAN : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY


*/s/ Paul G. Shapiro*_____
Paul G. Shapiro
Assistant United States Attorney

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY


 */s/ Mary E. Crawley*_____
Mary E. Crawley
Assistant United States Attorney